Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53556.**—Guy B. Barham Co. et al. *v.* United States, protests 56267–K, etc. (Los Angeles).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

COLE, J., dissented on jurisdictional grounds, citing *Geo. S. Bush & Co., Inc., et al.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251).

**No. 53557.**—P. M. Wimberly *v.* United States, protest 109712–K (Galveston).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

COLE, J., dissented on jurisdictional grounds, citing *Geo. S. Bush & Co., Inc., et al.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251).

**No. 53558.**—Prill Silver Co. *v.* United States, protest 132698–K (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53559.**—The American Import Co. et al. *v.* United States, protests 135102–K, etc. (Baltimore and Los Angeles).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

COLE, J., dissented on jurisdictional grounds, citing *Geo. S. Bush & Co., Inc., et al.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251).

**No. 53560.**—R. V. Anderson et al. *v.* United States protests 963019–G, etc. (Los Angeles and San Francisco).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

COLE, J., dissented on jurisdictional grounds, except as to protests 963122–G, 87794–K, and 980141–G.   *Geo. S. Bush & Co., Inc.* v. *United States* (22 Cust. Ct. 158, C. D. 1175), *Fuchs Shoe Corp.* v. *United States* (id. 338, Abstract 53250), and *W. R. Zanes & Co.* v. *United States* (id. 339, Abstract 53251) cited.

**No. 53561.**—E. H. Corrigan et al. *v.* United States, protests 109317–K, etc. (Laredo, Los Angeles, and Pembina).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.